UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK FULTZ, Individually,

    Plaintiff,

vs.

Case No.: 2:19-cv-12747-PDB-APP

U.S. 23 LODGE, L.L.C.,
a Michigan Limited Liability Company,

The Honorable Anthony P. Patti

    Defendant.

## ORDER TO COMPEL DISCOVERY AND GRANTING ECF No. 12 AS UNOPPOSED

A motion to compel Defendant to respond to Plaintiff's discovery requests came before this Court, Defendant having failed to respond, and the Court being fully apprised of the circumstances, it is hereby

**ORDERED AND ADJUDGED** that Defendant shall fully respond to Plaintiff's Interrogatories and Request for Production on or <u>before March 12,</u> 2020, without objection, all objections having been waived.

**DONE AND ORDERED** in Chambers at Detroit, Michigan, this 3rd day of March, 2020.

_____
ANTHONY P. PATTI
United States Magistrate Judge

Dated: March 3, 2020